# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## INSTANTER ORDER

March 27, 2009

BEFORE:

## JOHN DANIEL TINDER, Circuit Judge

| | |
|---|---|
| No.: 08-3324 | SUSAN M. BENTZ,<br>Plaintiff - Appellant<br><br>v.<br><br>CITY OF KENDALLVILLE, et al.,<br>Defendants - Appellees |

| Originating Case Information: |
|---|
| District Court No: 1:07-cv-00121-WCL-RBC<br>Northern District of Indiana, Fort Wayne Division<br>District Judge William C. Lee |

The following are before the court:

1. **MOTION FOR SUBSTITUTION OF PARTY**, filed on February 25, 2009, by counsel for the plaintiff.

2. **APPELLEES' RESPONSE IN OPPOSITION TO APPELLANT'S MOTION FOR SUBSTITUTION OF PARTY**, filed on March 25, 2009, by counsel for the defendants.

3. **APPELLANT'S REPLY TO APPELLEES' RESPONSE IN OPPOSITION TO**

**APPELLANT'S MOTION FOR SUBSTITUTION OF PARTY**, filed on March 23, 2009, by counsel for the plaintiff.

**IT IS ORDERED** that #1 is **GRANTED**. The clerk of this court shall amend the docket to reflect that Susan M. Bentz is substituted for Bernard T. Leonelli as appellant. *See* Fed. R. App. R. 43(a)(1).

**IT IS FURTHER ORDERED** that the clerk of this court shall file **INSTANTER** the response briefs tendered by the appellees.

**IT IS FINALLY ORDERED** that the reply brief of the appellant, if any, is due on or before April 10, 2009.

The parties shall also file supplemental statements addressing whether the appellant's claims survive Mr. Leonelli's death under Ind. Code Sec. 34-9-3-1. *See Bennett v. Tucker*, 827 F.3d 63, 67 (7th Cir. 1987). The statements are due on or before April 17, 2009. The clerk of this court shall distribute the statements and a copy of this order to the assigned merits panel.

Note: Circuit Rule 31(e) (amended Dec. 1, 2001) requires that counsel tender a digital copy of a brief, from cover to conclusion, at the time the paper copies are tendered for filing. The file must be a text based PDF (portable document format), which contains the entire brief from cover to conclusion. Graphic based scanned PDF images do not comply with this rule and will not be accepted by the clerk.

Rule 26(c), Fed. R. App. P., which allows three additional days after service by mail, does not apply when the due dates for briefs are specifically set by order of this court. All briefs are due by the dates ordered.

Important Scheduling Notice !

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_InstanterOrderFiled** (form ID: **123**)